# ATTACHMENT 1

## COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF _Wisconsin_

(Full name of plaintiff(s))

_Jauan Grayson-Morrow_

vs

(Full name of defendant(s))

_Marathon County Circuit Court, Marathon County Clerk of Court & Branch 3_

Case Number:

26-cv-271-wmc

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of _Wisconsin_ , and is located at
(State)

_Milwaukee Secure Detention Facility 1015 N 10th street Milwaukee, WI 53233_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant *Marathon County Circuit Court*
                                                    (Name)

is (if a person or private corporation) a citizen of *Wisconsin*
                                                    (State, if known)

and (if a person) resides at *500 Forest Street Wausau, WI 54403*
                                                    (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for *Marathon County Circuit Court*
                                                    (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On January, 2020, I plaintiff was taken into custody in Marathon County for Drug charges. I remaind in custody for More than 1 year i posted bond April 5, 2020. February 22nd, 2022 I pled No contest to 1st Degree Reckless endangerment safety, A case I caught out on bond, but the court read in but dismissed My charges from January 2020, so that the time I spent in custody (441 days) could be applied to the Most recent charges in Febuary, which for that charge I had 229 days credit. That Day I was

Attachment One (Complaint) – 2

sentenced to 4 years of probantion. August 11th, 2023 My probantion was revoked for 6 years. 3 years Initial Confinment; 3 of Extendend Supervision. On his original judgement of Conviction from back in Febuary, 22, 2022 Marathon County Circuit court failed to include the original 441 days Credit from January, 2020 charges. So when My probantion was revoked on August 11, 2023 the Court again failed to apply the 441 days sentencing credit to My After Revocation of Probation Judgement of Conviction, which in all lead Me to doing An extra 7 month's in prison due to the Court Mistake. It took for My Appeal lawyer Lena D. Archer to file An appeal with Marathon Circuit Court, get evidence, transcript's from the court to show them where the didn't give Me My sentencing credit, Not once, but twice. For Me to be released from prison 7 Month's later than My original release date. with wouldve been Early Febuary 2024 instead of September 2024. I have all documents in support of this

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I'm asking for the amount of $500,000.00 for Mental damages; emotional damages for every day I spent past My release date in Prison due to Marathon County Circuit Not Properly doing their job. I lost days of My life that I can't get back, also a family Member while incarcerated at that time; Anything else the courts May think is important

E.   JURY DEMAND

☑   Jury Demand - I want a jury to hear my case
                    OR

☐   Court Trial – I want a judge to hear my case

Dated this ___11th___ day of ___March___ 20_26_.

Respectfully Submitted,

_____
Signature of Plaintiff

___606403___
Plaintiff's Prisoner ID Number

_Milwaukee Secure Detention Facility_
_1015 North 10th Street Milwaukee, WI 53233_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.